UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TREXEL, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs<br><br>v.<br><br>DISPOZO PRODUCTS, INC.<br><br>Defendant | No. 04 CV 10879 JLT |

## WAIVER OF SERVICE OF SUMMONS

TO:   Richard A. Johnston, Esq.
    Hale and Dorr LLP
    60 State Street
    Boston, MA  02109

Dispozo Products, Inc. ("Dispozo") acknowledges receipt of your request that it waive service of a summons in the action of Trexel, Inc. and Massachusetts Institute of Technology v. Dispozo Products, Inc., which is case number 04 CV 10879 JLT in the United State District Court for the District of Massachusetts. Dispozo also has received a copy of the complaint in the action, two copies of this instrument, and a means by which Dispozo can return the signed waiver to you without cost to Dispozo.

Dispozo agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Dispozo be served with judicial process in the manner provided by Rule 4.

Dispozo will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the

summons. Dispozo understands that a judgment may be entered against it if an answer or motion under Rule 12 is not served upon you within 60 days from May 5, 2004, the date the request was sent.

May 14, 2004

DISPOZO PRODUCTS, INC.

By _____ President
its

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

2