FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS  P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TREXEL, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs<br><br>v.<br><br>DISPOZ-O PRODUCTS, INC.,<br><br>Defendant | No. 04 CV 10879 JLT |

## NOTICE OF NAME CHANGE AND EMAIL ADDRESS

Effective May 31, 2004 Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new Firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. Our address remains the same. Our email address has changed to (firstname.lastname@wilmerhale.com).

Respectfully submitted,

*Richard A. Johnston*

Richard A. Johnston (BBO # 253420)
Cynthia D. Vreeland (BBO # 635143)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax (617) 526-5000

Dated: June 9, 2004

BOSTON 1928430v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2004 I served a true and accurate copy of the foregoing document on counsel of record by first class mail.

_____
Richard A. Johnston

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

FILED
IN CLERKS OFFICE

2004 JUN 14  P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

Richard A. Johnston

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6282
+1 617 526 5000 fax
richard.johnston@wilmerhale.com

June 9, 2004

Clerk, United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Trexel, Inc. and Massachusetts Institute of Technology
      v. Dispozo Products, Inc.
      No. 04 CV 10879 JLT

Dear Sir or Madam:

Enclosed for filing in the above-entitled matter is a Notice of Name Change and Email Address.

Thank you for your assistance.

Sincerely,

Richard A. Johnston

RAJ:ibs
Enclosure

cc:   Joan Griffin, Esq.

BALTIMORE   BERLIN   BOSTON   BRUSSELS   LONDON   MUNICH
NEW YORK   NORTHERN VIRGINIA   OXFORD   PRINCETON   WALTHAM   WASHINGTON