UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2004 JUL -2  P 2: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| TREXEL, INC. and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br><br> Plaintiffs, <br><br> v. <br><br> DISPOZ-O PRODUCTS, INC., <br><br> Defendant. | C.A. NO. 04CV10879-JLT |

### AFFIDAVIT OF TODD LINEBERGER
### IN SUPPORT OF DISPOZ-O PRODUCTS, INC.'S MOTION FOR TRANSFER
### OF VENUE PURSUANT TO 28 U.S.C. § 1404(a)

I, Todd Lineberger, under oath depose and state as follows:

1. I am the Chief Financial Officer, Corporate Controller, Secretary and Treasurer for the Defendant Dispoz-o Products, Inc. ("Dispoz-o"). I have personal knowledge of the facts stated in this affidavit and have personal knowledge regarding Dispoz-o's business records referenced herein, and I could completely testify to them if called to do so.

2. Dispoz-o is a manufacturer of plastic cutlery, which are produced by an injection molding process, and plastic drinking straws, which are produced by an extrusion process. Dispoz-o has been in business since 1963, and its sole manufacturing facility is a 520,000 square foot plant located on approximately eighty-two acres in Fountain Inn, South Carolina. Prior to becoming involved with Trexel, Dispoz-o was not engaged in making any foam products via foam sheet extrusion or thermoforming.

3.  All of Dispoz-o's manufacturing occurs in South Carolina. None of Dispoz-o's manufacturing occurs in Massachusetts. All of Dispoz-o's executive and sales offices are also in South Carolina. Dispoz-o makes no direct sales of its foam products in Massachusetts, though it sells to distributors in other states who may then sell into Massachusetts. Dispoz-o also has distribution centers located in Commerce, California and Houston, Texas. All Dispoz-o employees with knowledge of the issues raised in the Complaint, and who will likely be witnesses in this matter, reside in South Carolina.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2004.

_____
Todd Lineberger

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 7-2-04

2