

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

| TO: | RE: |
|---|---|
| Clerk, US District Court | CIVIL ACTION #: 04-cv-10879 JLT |
| PO Box 10768 | CRIMINAL #: |
| Greenville, SC 29603-0768 | |

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on August 30, 2004 by the Honorable Joseph L. Tauro.

    The following documents are included in our file and transmitted herewith:

    (X)    Certified copy of the docket entries;

    (X)    Certified copy of the transferral order;

    (X)    Original documents numbered 18

    ( )

Kindly acknowledge receipt of the above on the copy of this letter.

    Respectfully,

    TONY ANASTAS
    CLERK OF COURT

Date: September 1, 2004      By: Kimberly M. Abaid
    Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

    By: _____
    Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)

 

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**                                                              **RE:**

Clerk, US District Court                              CIVIL ACTION #. 04-cv-10879 JLT

PO Box 10768                                              CRIMINAL #.

Greenville, SC 29603-0768

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on August 30, 2004 by the Honorable Joseph L. Tauro.

    The following documents are included in our file and transmitted herewith:

(X)    Certified copy of the docket entries;

(X)    Certified copy of the transferral order;

(X)    Original documents numbered 18

(  )

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: September 1, 2004                                    By: Kimberly M. Abaid
                                                                             Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)